IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-14092
_____

D.C. Docket No. 6:11-cv-01740-CEH-KRS


BRIAN BERRY,
JERMARIO ANDERSON,
REGINALD TRAMMON,
EDWYN DURANT,

                                        Plaintiffs - Appellees,

versus

ORANGE COUNTY, et al.,

                                        Defendants,

TRAVIS LESLIE,
Deputy,
KEITH VIDLER,
Corporal, in his Individual Capacity,

                                        Defendants - Appellants.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

Before ED CARNES, Chief Judge, TJOFLAT, HULL, MARCUS, WILSON, WILLIAM PRYOR, MARTIN, JORDAN, ROSENBAUM, JULIE CARNES, and JILL PRYOR, Circuit Judges.

BY THE COURT:

A petition for rehearing en banc having been filed, a member of this Court in active service having requested a poll on whether this case should be reheard en banc, and a majority of the judges of this Court in active service having voted in favor of granting rehearing en banc, it is ORDERED that this case will be reheard en banc. The panel's opinion is VACATED.